

EDWARD H. KUBO, JR. #2449
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes

CLARE E. CONNORS #7936
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 5 2005

at 11 o'clock and 44 min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 05-00250 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [26 U.S.C. § 5861] |
| | ) | |
| ELPIDIO R. MACARAEG, JR., | ) | |
| aka: ELPIDIO MACAREG, JR. | ) | |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

### COUNT 1

(Possession of an Unregistered Firearm)

The Grand Jury charges:

On or about June 2, 2005, in the District of Hawaii, defendant, ELPIDIO R. MACARAEG, JR., aka, ELPIDIO MACAREG, JR., did knowingly receive and possess a rifle with a barrel length less than sixteen inches and an overall length of less than 26

inches, to wit: a .22 caliber bolt action rifle with serial number 23720332, with a barrel length of approximately 6 ½" and an overall length of approximately 16 7/8", which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845(a) and (c), 5861(d), and 5871.

DATED: June 15, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Major Crimes

_____
CLARE E. CONNORS
Assistant U.S. Attorney

<u>United States v. ELPIDIO R. MACARAEG, JR., aka, ELPIDIO MACAREG, JR.</u>
Cr. No.
INDICTMENT