EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON         #4532
Chief, Major Crimes

CLARE E. CONNORS          #7936
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

            IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00250 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF NON- |
| | ) | OBJECTION; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| ELPIDIO R. MACARAEG, JR., | ) | |
| aka ELPIDIO MACAREG, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

            **GOVERNMENT'S NOTICE OF NON-OBJECTION**

        The UNITED STATES has no objections or other additions

to the Proposed Presentence Report in the above-captioned matter.

        DATED: January 26, 2006, at Honolulu, Hawaii.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii

                          By    /s/ Clare E. Connors
                            CLARE E. CONNORS
                            Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Loretta Faymonville  loretta_faymonville@fd.org    Jan. 26, 2006

Attorney for Defendant
ELPIDIO R. MACARAEG, JR.

Served by Hand-Delivery:

Matthew C. Winter                        Jan. 26, 2006
Assistant Federal Public Defender
300 Ala Moana Blvd., Room 7-104
Honolulu, Hawaii 96850

Attorney for Defendant
ELPIDIO R. MACARAEG, JR.

U.S. Probation Office                     Jan. 26, 2006
Attn:  Rosanne T. Donohoe
300 Ala Moana Blvd., Room C-110
Honolulu, Hawaii 96850

DATED:  January 26, 2006, at Honolulu, Hawaii.


  /s/ Iris Tanaka