PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

MATTHEW C. WINTER
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:    matthew_winter@fd.org

Attorney for Defendant
ELPIDIO R. MACARAEG, JR.
aka ELPIDIO MACAREG, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00250 DAE |
|---|---|
|   | ) |
| Plaintiff, | ) DEFENDANT'S RESPONSE TO |
|   | ) DRAFT PRESENTENCE REPORT; |
| vs. | ) CERTIFICATE OF SERVICE |
|   | ) |
| ELPIDIO R. MACARAEG, JR. | ) |
| aka ELPIDIO MACAREG, JR., | ) Sentencing Date: March 20, 2006 |
|   | ) Time:                    3:00 p.m. |
| Defendant. | ) |
|   | ) |

**DEFENDANT'S RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant, Elpidio R. Macaraeg, Jr. aka Elpidio Macareg, Jr., by and through counsel, Matthew C. Winter, Assistant Federal Defender, respectfully states

that he has no objections or clarifications to the calculations contained in the draft presentence report dated January 18, 2006.

    DATED:  Honolulu, Hawaii, January 26, 2006.

                            /s/ Matthew C. Winter
                            MATTHEW C. WINTER
                            Attorney for Defendant
                            ELPIDIO R. MACARAEG, JR.
                            aka ELPIDIO MACAREG, JR.

## CERTIFICATE OF SERVICE

I, MATTHEW C. WINTER, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address on January 26, 2006:

Served Electronically through CM/ECF:

CLARE E. CONNORS                                      clare.connors@usdoj.gov
Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA


Served by hand-delivery:

ROSANNE T. DONOHOE
United States Probation Officer
300 Ala Moana Boulevard, Room C-111
Honolulu, Hawaii  96813


                                                    /s/ Matthew C. Winter
                                                   MATTHEW C. WINTER
                                                   Attorney for Defendant
                                                   ELPIDIO R. MACARAEG, JR.
                                                   aka ELPIDIO MACAREG, JR.